UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR DORADO AGUILAR, individually and d/b/a Rico's Pizza,<br><br>Defendant. | Case No. 1:20-cv-01745-NONE-BAM<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO VACATE SCHEDULING CONFERENCE**<br><br>(Doc. 10) |

On March 2, 2021, Plaintiff G & G Closed Circuit Events, LLC filed an *ex parte* application to vacate the Scheduling Conference currently set for March 10, 2021. Plaintiff requests that the Court vacate the Scheduling Conference due to the failure of Defendant Oscar Dorado Aguilar, individually and d/b/a Rico's Pizza, to answer or otherwise respond to the complaint. (Doc. 10.) On March 2, 2021, the Clerk of the Court entered default as to Defendant Oscar Dorado Aguilar. (Doc. 9.)

Having considered Plaintiff's *ex parte* application, and in light of the Clerk's entry of default, the March 10, 2021 Scheduling Conference is HEREBY VACATED. Plaintiff is INSTRUCTED to file a motion for default judgment no later than **June 11, 2021**. The Court sets a Status Conference for **June 29, 2021 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear telephonically for the status conference

with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.  If Plaintiff files a motion for default judgment before the status conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **March 4, 2021**                        /s/ *Barbara A. McAuliffe*             _
                                            UNITED STATES MAGISTRATE JUDGE

2