1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   G & G CLOSED CIRCUIT, LLC,                    Case No.  1:20-cv-01745-NONE-BAM

12                  Plaintiff,                     **ORDER GRANTING STIPULATION TO
                                                   SET ASIDE CLERK'S ENTRY OF
13          v.                                     DEFAULT**

14   OSCAR DORADO AGUILAR,                         (Doc. 13)
     individually and d/b/a Rico's Pizza,
15
                    Defendant.
16

17

18          Plaintiff G & G Closed Circuit, LLC ("Plaintiff") initiated this action against Defendant

19   Oscar Dorado Aguilar, individually and d/b/a Rico's Pizza, on December 9, 2020.  (Doc. 1.)  On

20   March 2, 2021, the Clerk of the Court entered default as to Defendant Oscar Dorado Aguilar.

21   (Doc. 9.)

22          On March 5, 2021, the parties, through their counsel, filed a stipulation to set aside the

23   Clerk's entry of default against Defendant.  The parties explain that Defendant has retained

24   counsel and will file an answer within five (5) days after entry of an order setting aside entry of

25   default.  (Doc 13.)

26          Pursuant to the parties' stipulation, and good cause shown, the stipulation to set aside

27   Clerk's entry of default is GRANTED.  The Clerk of the Court is directed to VACATE the entry

28
                                                 1

of default as to Defendant Oscar Dorado Aguilar, individually and d/b/a Rico's Pizza (Doc. 9).

Defendant shall file an answer or other responsive pleading to the complaint within five (5) days

following entry of this order.

IT IS SO ORDERED.

Dated:   __**March 12, 2021**__                              ___/s/ *Barbara A. McAuliffe*___

                                                                UNITED STATES MAGISTRATE JUDGE