1  Trevor McCann, State Bar No. 243724
2  1595 Sunnyvale Avenue, #17
   Walnut Creek, California 94597
3  trevor@tbmclaw.com
4  T: (925) 270-7058
   F: (925) 955-1613
5  E: trevor@tbmclaw.com

6
7  Attorney for Defendant

8
9  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
10 First Library Square
11 1114 Fremont Avenue
   South Pasadena, CA 91030-3227
12 Tel:  626-799-9797
13 Fax: 626-799-9795
   TPRLAW@att.net
14 www.tprlaw.net

15
16 Attorney for Plaintiff

17
                **UNITED STATES DISTRICT COURT**
18                **EASTERN DISTRICT OF CALIFORNIA**
19                        **FRESNO DIVISION**

20
21 G & G CLOSED CIRCUIT EVENTS, LLC,          | Case No.: 1:20-cv-01745-NONE-BAM
22
23         Plaintiff,                         | **JOINT STIPULATION TO STAY CASE WHILE ISSUE AFFECTING OUTCOME IS ON APPEAL**
24  v.
25 OSCAR AGUILAR, et al.,                     | **and**
26
27         Defendants,                        | **ORDER**
28

Page 1

JOINT STIPULATION                                                3:20-cv-01017-TWR-MDD

The parties who have appeared in this matter, Plaintiff G & G Closed Circuit Events, LLC and Defendant Oscar Aguilar state the following:

1. WHEREAS a conference is currently set for October 13, 2021 in this matter.

2. WHEREAS Defendant alleges that he received via internet streaming video the television programming to which Plaintiff claims commercial licensing rights at issue in this matter.

3. WHEREAS Plaintiff is the appellant in the matter G & G Closed Circuits Events, LLC v. Snukal, et al., 9th Cir. C.A. Case No. 21-55488, currently on appeal before the Ninth Circuit Court of Appeals.

4. WHEREAS on September 21, 2021, Plaintiff filed Notices of Appeal in the matters styled, G & G Closed Circuits Events, LLC v. Reto, C.D. Cal. Case No. 2:19-cv-07915-WDK-JC and G & G Closed Circuits Events, LLC v. Liu, C.D. Cal. Case No. 2:19-cv-07896-WDK-JC.

5. WHEREAS the central issue on appeal in Snukal, Reto, and Liu is whether receipt and publication of television programming via internet streaming video violates Title 47 U.S.C. Section 553 and/or 605.

6. WHEREAS Defendant has informed Plaintiff that he intends to assert that receipt and publication of television programming via internet streaming video does not violate Title 47 U.S.C. Section 553 and/or 605 as a defense in this matter.

IT IS HEREBY STIPULATED by and between the parties, by and through their attorneys of record that, in the interest in judicial economy, and to avoid the unnecessary expenditure of the parties' time and resources and the prospect of another appeal, this matter should be stayed until such time that the Ninth Circuit Court of Appeals issues a ruling in Snukal, Reto, and Liu, or any of them. The parties believe that once the Ninth Circuit Court of Appeals rules on those appeals, they will know their respective rights and obligations under Title 47 U.S.C. Section 553 and/or 605.

Respectfully submitted,

Dated: 9/24/2021      /s/ Trevor McCann

Trevor McCann
Attorney for Defendants

Dated: 9/24/2021      /s/ Thomas P. Riley

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# ORDER

Pursuant to the Parties' stipulation, this matter is STAYED until such time that the Ninth Circuit Court of Appeals issues a ruling in G & G Closed Circuits Events, LLC v. Snukal, et al., 9th Cir. C.A. Case No. 21-55488, G & G Closed Circuits Events, LLC v. Reto, C.D. Cal. Case No. 2:19-cv-07915-WDK-JC, and G & G Closed Circuits Events, LLC v. Liu, C.D. Cal. Case No. 2:19-cv-07896-WDK-JC, or any of them.

Plaintiff shall file notice with this court of the Ninth Circuit Court of Appeals ruling when issued.

IT IS SO ORDERED.

Dated: **September 27, 2021**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2021, I electronically file the following document(s) using the CM/ECF system which will send notification of such filing to the person(s) listed in the Service List:

**JOINT STIPULATION TO STAY CASE WHILE ISSUE AFFECTING OUTCOME IS ON APPEAL**

*SERVICE LIST*

| | |
|---|---|
| Thomas P. Riley<br>Law Offices of Thomas P. Riley<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, California 91030-3227 | Counsel for Plaintiff |

                                              /s/ Trevor McCann