Trevor Brandt McCann
Collins and Collins LLP
2175 N. California Blvd., Ste. 835
Walnut Creek, CA 94596
Tel: 510-844-5100
Fax: 510-844-5101
tmccann@ccmslaw.com

Attorneys for Defendant
Oscar Dorado Aguilar

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Oscar Dorado Aguilar, <br><br> Defendant. | Case No. 1:20-cv-01745-JLT-BAM <br><br> STIPULATION AND [PROPOSED] ORDER RE CONTINUING PRE-TRIAL CONFERENCE AND TRIAL |

COME NOW Plaintiff G & G Closed Circuit Events, LLC ("G & G") and Defendant Oscar Aguilar and stipulate as follows:

I. RECITALS

1. WHEREAS, by stipulation, the Parties' requested the Court continue the Pre-trial Conference from December 18, 2023 to January 17, 2024 because Aguilar had been unresponsive to his counsel Trevor McCann's several communications since September 22, 2023 (Dkt. 44);

2. WHEREAS the Court granted the Parties' request for an Order continuing the Pre-trial Conference to January 17, 2024 (Dkt. 45);

3. WHEREAS the Court advanced the Pre-trial Conference date to January 16, 2024 (Dkt. 46);

4. WHEREAS trial is currently set for February 27, 2024;

5. WHEREAS Aguilar has not responded his attorney Trevor McCann's two additional emails of December 12 and 14, 2023;

6. WHEREAS McCann cannot adequately or properly prepare for or conduct a trial without Aguilar's input and presence; and

7. WHEREAS, on December 29, 2023, McCann informed G & G of his intent to file a motion to be relieved as counsel of record and G & G indicated it would not oppose McCann's intended motion.

8. WHEREAS, G & G presently has a scheduling conflict on January 16, 2023. Specifically, G & G's counsel is to appear and participate in a beach trial before the Honorable Rachel Kovner in the matter of *G&G Closed Circuit Events, LLC v. Denis A. Paz, et al.,* Case No. 1:20-cv-04277-RPK-JRC (USDC EDNY) on that particular date.

///

///

II. STIPULATION

THEREFORE, the Parties stipulate as follows:

1. Continuation of the Pre-trial Conference and trial to dates set by the Court to allow sufficient time for McCann's motion to be relieved as counsel of record to be heard and the Parties to prepare; and

Respectfully submitted,

Dated: January 2, 2024   */s/ Thomas P. Riley*
  **LAW OFFICES OF THOMAS P. RILEY, P.C**.
  By:  Thomas P. Riley
  Attorneys for Plaintiff
  G & G Closed Circuit Events, LLC

Dated: January 2, 2024   */s/ Trevor McCann*
  **COLLINS AND COLLINS, LLP**
  By: Trevor Brandt McCann
  Attorneys for Defendant
  Oscar Dorado Aguilar

## **ORDER**

On reading the Parties' Stipulation, this Court finds good cause to continue to the Pre-trial Conference and trial as follows:

Pre-trial Conference is continued from January 16, 2024 to September 3, 2024 at 1:30 p.m.

Trial is continued from February 27, 2024 to November 19, 2024 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **January 2, 2024**                              
                                                                                UNITED STATES DISTRICT JUDGE