UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR DORADO AGUILAR,<br><br>Defendant. | Case No. 1:20-cv-01745-JLT-BAM<br><br>**ORDER SETTING STATUS CONFERENCE** |

By separate order, the Court granted the motion of Trevor McCann of Collins + Collins, LLP, and its attorneys, requesting leave to withdraw as counsel of record for Defendant Oscar Dorado Aguilar ("Defendant"). Defendant has been substituted *in propria persona* in place and stead of Mr. McCann and Ryan Hartley and is no longer represented by counsel. In light of the substitution, Defendant will be granted a brief extension of time to secure new counsel or to otherwise determine how he would like to proceed in this action.

Accordingly, the Court sets a STATUS CONFERENCE in this matter for **March 6, 2024, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The purpose of the conference is to address whether Defendant has secured new counsel or intends to proceed *in propria persona*. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

1

<u>Defendant is cautioned that the failure to appear at the conference may result in the imposition of sanctions, including striking of his answer</u>.  A copy of this Order will be served on Defendant by mail at his last known address and by email.

IT IS SO ORDERED.

Dated: **February 14, 2024**          /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE