UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR DORADO AGUILAR,<br><br>Defendant. | Case No.  1:20-cv-01745-JLT-BAM<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Status Conference:  April 22, 2024<br>9:00 AM<br>**Courtroom 8 (BAM)** |

On March 6, 2024, the Court held a status conference to address whether Defendant Oscar Dorado Aguilar ("Defendant") secured new counsel or intended to proceed *in propria persona* following the withdrawal of Defendant's former counsel.  (Docs.55-56.)  Defendant appeared via Zoom *in propria persona*. Plaintiff appeared by counsel Thomas Riley via Zoom.

Defendant noted that he was aware that his former counsel had withdrawn from the matter and was not currently represented by counsel.  Defendant cited business and personal difficulty in proceeding with the matter.  Plaintiff G & G Closed Circuit Events, LLC ("Plaintiff") counsel noted that Plaintiff was open to resolving the litigation and informed Defendant that they could arrange a call to go over Defendant's resources and expedite the resolution of the matter.  The parties noted past difficulties with settlement discussions but intended to speak soon regarding potential resolution of the matter.

1

Accordingly, the Court sets a STATUS CONFERENCE in this matter for **April 22, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The purpose of the conference is to address potential resolution of the matter, whether Defendant has secured new counsel or intends to proceed *in propria persona*, and the upcoming jury trial. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

Defendant is cautioned that the failure to appear at the conference may result in the imposition of sanctions, including striking of his answer. A copy of this Order will be served on Defendant by mail at his last known address and by email.

IT IS SO ORDERED.

Dated:   **March 6, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE