UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR DORADO AGUILAR,<br><br>Defendant. | Case No. 1:20-cv-01745-JLT-BAM<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br><br>**ORDER VACATING STATUS CONFERENCE** |

On March 6, 2024, the parties filed a notice of settlement, noting that the parties are memorializing the settlement and intend to file a stipulation of dismissal. (Doc. 59.) Pursuant to Local Rule 160 and good cause appearing, this Court ORDERS the parties, no later than March 27, 2024, to file appropriate papers to dismiss this action. This Court VACATES all pending dates and matters, including the Status Conference set for April 22, 2024. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: **March 7, 2024**              /s/ *Barbara A. McAuliffe*            
                                          UNITED STATES MAGISTRATE JUDGE

1