UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OSCAR DORADO AGUILAR,<br><br>    Defendant. | Case No. 1:20-cv-01745-JLT-BAM<br><br>**ORDER REGARDING NOTICE OF WITHDRAWAL OF SETTLEMENT**<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Status Conference: **April 22, 2024**<br>                  **9:00 AM**<br>                  **Courtroom 8 (BAM)** |

On March 6, 2024, Plaintiff G &G Closed Circuit Events, LLC, through counsel, filed a notice of settlement indicating that the parties had settled all claims in this action. (Doc. 59.) On March 7, 2024, the Court therefore ordered the parties to file appropriate papers to dismiss this action no later than March 27, 2024, pursuant to Local Rule 160. The Court also vacated all pending dates and matters, including the Status Conference set for April 22, 2024. (Doc. 60.)

On March 27, 2024, in lieu of filing dispositional documents, Plaintiff filed a notice of withdrawal of the March 6, 2024 notice of settlement. According to Plaintiff, Defendant Oscar Dorado Aguilar, proceeding pro se, notified Plaintiff's counsel on March 26, 2024, that he had elected to repudiate the settlement reached with Plaintiff on March 6, 2024. Plaintiff now requests that the Court reinstate this matter. (Doc. 61.)

///

1    Having considered the notice and Plaintiff's request, the Court sets a STATUS

2  CONFERENCE for **April 22, 2024, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate**

3  **Judge Barbara A. McAuliffe**.  The purpose of the conference is to reset the pretrial

4  conference and trial dates in this action.  The parties shall appear at the conference with each

5  party connecting remotely either via Zoom video conference or Zoom telephone number. The

6  parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the

7  conference. The Zoom ID number and password are confidential and are not to be shared.

8  Appropriate court attire required.

9    Defendant is cautioned that the failure to appear at the conference may result in the

10  imposition of sanctions, including striking of his answer. A copy of this Order will be served on

11  Defendant by mail at his last known address and by email.

12
13  IT IS SO ORDERED.

14   Dated:   **March 28, 2024**                    /s/ *Barbara A. McAuliffe*

15                                                 UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28