|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 8 | |

| | | |
|---|---|---|
| 9 | G & G CLOSED CIRCUIT EVENTS, LLC, | Case No. 1:20-cv-01745-JLT-BAM |
| 10 | Plaintiff, | **ORDER AFTER STATUS CONFERENCE** |
| 11 | v. | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| 12 | OSCAR DORADO AGUILAR, | |
| 13 | Defendant. | Status Conference:  **May 29, 2024** |
| 14 | | **10:00 AM** |
| 15 | | **Courtroom 8 (BAM)** |
| 16 | | |

17   On April 22, 2024, the Court held a status conference to address the status of settlement

18 negotiations and setting the matter for trial. Counsel Thomas Riley appeared by Zoom video

19 on behalf of Plaintiff G & G Closed Circuit Events, LLC. Defendant Aguilar also appeared by

20 Zoom video.

21   At the conference, the parties explained the withdrawal of the notice of settlement and

22 identified the issues resulting in the breakdown of settlement negotiations. The Court discussed

23 the available options for proceeding in this matter to include either (1) continued settlement

24 discussions or (2) proceeding to trial. The Court also proposed an informal disclosure of

25 Defendant's financial information to inform the settlement negotiations.

26   As agreed at the conference, the parties will meet and confer regarding potential

27 resolution of the action. The Court sets a further STATUS CONFERENCE for **May 29, 2024,**

28

1

1  **at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The
2  purpose of the conference is to reset the pretrial conference and trial dates in this action.  If the
3  parties file a notice of settlement prior to the conference, then the conference will be vacated.
4  If the parties do not file a notice of settlement, then the conference will proceed as scheduled.
5  The parties shall appear at the conference with each party connecting remotely either via Zoom
6  video conference or Zoom telephone number. The parties will be provided with the Zoom ID
7  and password by the Courtroom Deputy prior to the conference. The Zoom ID number and
8  password are confidential and are not to be shared. Appropriate court attire required.
9      The Clerk of the Court is directed to update the docket to reflect Defendant's current
10 mailing address:

11     P.O. Box 831
    Winton, CA 95388
12

13     A copy of this Order will be served on Defendant by mail <u>at his updated address and by</u>
14 <u>email</u>.  Defendant is advised he is under a continuing duty to notify the Clerk and all other
15 parties of any change of address.  L.R. 182(f), 183(b).

16
17 IT IS SO ORDERED.

18    Dated:  **April 22, 2024**         /s/ *Barbara A. McAuliffe*
19                                         UNITED STATES MAGISTRATE JUDGE

2