# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR DORADO AGUILAR,<br><br>Defendant. | Case No.  1:20-cv-01745-JLT-BAM<br><br>ORDER AFTER STATUS CONFERENCE<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND LOCAL RULE 281 TO DEFENDANT<br><br>ORDER SETTING PRETRIAL CONFERENCE AND TRIAL<br><br>**Pretrial Conference**: **August 26, 2024**<br>**1:30 p.m.**<br>**Courtroom 4 (JLT)**<br><br>**Jury Trial:** **November 5, 2024**<br>(1-2 days) **8:30 a.m.**<br>**Courtroom 4 (JLT)** |

On May 22, 2024, the Court held a further status conference to address the progress of settlement negotiations and to reset the pretrial conference and trial dates in this action. Counsel Thomas Riley appeared by Zoom video on behalf of Plaintiff G & G Closed Circuit Events, LLC.  Defendant Aguilar also appeared by Zoom video.

As agreed at the conference, the case is ready to be reset for a jury trial.  Accordingly, the Court HEREBY ORDERS as follows:

1. This matter is set for a pretrial conference on **August 26, 2024**, **at 1:30 p.m. in Courtroom 4 (JLT)** before United States District Judge Jennifer L. Thurston.
    a. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 281. In addition, the joint pretrial

1

statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in Microsoft Word format to jltorders@caed.uscourts.gov.

    b. The parties' attention is directed to this Court's Local Rules 281 and 282. The parties must identify all exhibits and witnesses, including those for rebuttal and/or impeachment purposes. No exhibit or witness other than those listed in the joint pretrial statement and included in the Pretrial Order may be used at trial. This Court will insist upon strict compliance with those rules.

    c. At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness lists, exhibits, jury instructions, objections, and other trial documents.

2. A one-to-two-day jury trial is set for **November 5, 2024, at 8:30 a.m.** in Courtroom 4 (JLT) before United States District Judge Jennifer L. Thurston.

3. The Clerk of the Court is DIRECTED to send Defendant a copy of Local Rule 281.

4. **The dates set in this order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.** Due to the impacted nature of the civil case docket, the Court disfavors requests to modify the established dates.

5. **<u>The parties are advised that the failure to file a pretrial statement may result in the imposition of appropriate sanctions, which may include the preclusion of any and all witnesses, dismissal of the action, or entry of default.</u>**

IT IS SO ORDERED.

Dated: **May 22, 2024**                     /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE