# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR DORADO AGUILAR,<br><br>　　　　Defendant. | Case No.: 1:20-cv-01745 JLT BAM<br><br>ORDER TO OSCAR DORADO AGUILAR TO SHOW CAUSE WHY HIS ANSWER SHOULD NOT BE STRICKEN FOR HIS FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On August 26, 2024, the Court conducted the final pretrial conference. Thomas Riley appeared as counsel for plaintiff, but the defendant did not appear as ordered. The defendant also failed to comply with the requirements of Local Rule 281 to cooperate in the drafting of a joint pretrial conference statement (Doc. 69 at 57-60). Consequently, the defendant has identified no witnesses or exhibits he intends to present at trial.

When setting the pretrial conference, the Court emphasized:

> **The parties are advised that the failure to file a pretrial statement may result in the imposition of appropriate sanctions, which may include the preclusion of any and all witnesses, dismissal of the action, or entry of default.**

(Doc. 68 at 2) The defendant was present when the Court set the conference and was served with a copy of the order setting the conference and a copy of the Court's Local Rule 281, which detailed the parties' obligations related to the pretrial conference. Nevertheless, the

1

defendant failed to comply[1]. Thus, the Court **ORDERS**:

1. **<u>Within 21 days</u>**, the defendant **SHALL** show cause in writing why sanctions should not be imposed, up to and including striking his answer and entering default, for his failure to comply with the Court's orders. The defendant's failure to respond will result in the Court striking his answer and entering default.

IT IS SO ORDERED.

   Dated:   **August 27, 2024**                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that the defendant reported to his opposing counsel that he was "looking for someone to help [him] out" (Doc. 69 at 60), he has made no effort to seek an extension of time with the Court, or to explain why he has delayed in seeking replacement counsel. The defendant's attorney withdrew from his representation more than six months ago (Docs. 48, 55). The Court set the pretrial conference more than three months ago (Doc. 68).